IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY JOHNSON
Reg. #20062-076                                                                              PETITIONER

VS.                                    2:16-CV-00153-BRW-JTK

CV RIVERA, *Warden*
FCI Forrest City-Medium                                                              RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, I adopt the proposed findings and recommendations in their entirety as my findings in all respects. Judgment will be entered shortly.

IT IS SO ORDERED this 20th day of April, 2017.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE