IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY JOHNSON
Reg. #20062-076                                                                            PETITIONER

V.                      CASE NO. 2:16-CV-00153-BRW-JTK

CV RIVERA, *Warden*
FCI Forrest City-Medium                                                                    RESPONDENT

## **JUDGMENT**

Johnson's petition for a writ of habeas corpus is dismissed without prejudice.

SO ADJUDGED this 20th day of April, 2017.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE